RECEIVED

SEP 1 9 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| LOIS OUZTS | DOCKET NO.: 1:16-cv-00277 |
| VERSUS | JUDGE DEE D. DRELL |
| LEEBOS STORES, INC, ET AL | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons set forth in the accompanying ruling filed on this date,

**IT IS ORDERED** that Defendants' motion for summary judgment (Doc. 32) is **GRANTED** and the claims against them are **DISMISSED WITH PREJUDICE**. The September 20, 2018, pretrial conference is **CANCELLED**.

**SIGNED** on this 19th day of September, 2018, at Alexandria, Louisiana.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT